UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY DENTON,

        Petitioner,               Case No. 19-cv-11762
                                                    Hon. Matthew F. Leitman

v.

JOHN DAVIDS,

        Respondent.
_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on May 13, 2020:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                By: s/Holly A. Monda
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman                    Dated: May 27, 2020
Matthew F. Leitman                      Flint, Michigan
United States District Court